An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ALLEN NEUMAN, AN INDIVIDUAL; STANLEY SECURITY SOLUTIONS, INC., AN INDIANA CORPORATION; AND STANLEY BLACK & DECKER, INC., A CONNECTICUT CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE SUSAN SCANN, DISTRICT JUDGE,
Respondents,
and
WILLIAM BARRY BRADLEY,
Real Party in Interest.

No. 65177

**FILED**

APR 11 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges district court orders granting an extension of time in which to serve process and confirming a request for exemption from arbitration.

A writ of mandamus is available to compel the performance of an act that the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). A writ of mandamus is an extraordinary remedy, and whether such a writ will be considered is within this court's sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Moreover, it is petitioners' burden to demonstrate that this court's

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11753

intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered petitioners' arguments in light of the underlying case's progression since the challenged orders were entered, we are not persuaded that our intervention is warranted. *Id.* Consequently, we decline to exercise our discretion to consider this writ petition, NRAP 21(b); *Smith*, 107 Nev. at 677, 818 P.2d at 851, and we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Susan Scann, District Judge
       Law Office of Arthur W. Tuverson
       Barney C. Ales, Ltd.
       E. Brent Bryson
       Eighth District Court Clerk